IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-10147
Conference Calendar
_____

JAMAL ELHAJ-CHEHADE,

Plaintiff-Appellant,

versus

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:99-CV-680-BC-D
--------------------
December 12, 2001

Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Jamal Elhaj-Chehade filed a civil complaint against the Educational Commission for Foreign Medical Graduates (ECFMG) alleging ten separate causes of action ranging from negligence to slavery. Summary judgment was entered in favor of ECFMG. Elhaj-Chehade has filed a motion in this court seeking leave to proceed IFP on appeal.

Elhaj-Chehade's financial affidavit establishes that he is unable to pay the costs of his appeal without undue hardship or deprivation of life's necessities. <u>Adkins v. E.I. Du Pont de</u>

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Nemours & Co., 335 U.S. 331, 339 (1948). However, Elhaj-Chehade's general complaint that he is entitled to present his claims at trial, absent any specific assertion of error in the granting of summary judgment, is not sufficient to establish a nonfrivolous ground for appeal. See Carson v. Polley, 689 F.2d 562, 586 (5th Cir. 1982); 28 U.S.C. § 1915(a)(3). His IFP motion is DENIED. All of Elhaj-Chehade's remaining outstanding motions are also DENIED.

As the appeal contains no nonfrivolous issues, it is DISMISSED. Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983); 5th Cir. R. 42.2.

MOTIONS DENIED; APPEAL DISMISSED.